UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | CASE NO.: 1:15-cv-00162-LO-TCB |
| Plaintiff, | |
| v. | |
| DAEWAN KIM, | |
| Defendant. | |

**ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT DAEWAN KIM**

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant Daewan Kim With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have thirty (30) days or until July 9, 2015 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this 10th day of June, 2015.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
By: _____

1